## COMMONWEALTH *versus* HEARSEY.

Judgment arrested after the defendant had pleaded guilty, it not appearing by the
indictment that any thing more was charged than a breach of contract, and for
which the only remedy was by action.

AT June term, 1803, an indictment was found against
the defendant, *Obadiah Hearsey,* * which charged that, [ * **138** ]
on the ——— day of ———, at *Pembroke,* in the county
of *Plymouth,* one *Nathaniel Cushing* made and executed a certain
deed of bargain and sale under his hand and seal, whereby, for a
valuable consideration therein expressed, he conveyed in fee simple
to one *Jacob Hardin,* sixteen acres of wood-land, situate, &c., and

that the same deed was, by the said *Cushing*, and one *Obadiah Hearsey*, of *said Abington, gentleman*, who had purchased a part of the same land of the said *Hardin*, delivered into the hands of one *Jacob Dyer, Jun.*, the same not being recorded, on the twentieth day of October, now last past, to be by him safely kept, until the first day of June instant, and then, on that day, if the said *Hearsey* should have paid the said *Nathaniel Cushing* the sum of five hundred dollars, due to him from the said *Hearsey*, for anchors and cordage for a *schooner*, with interest thereon from the end of sixty days next after the delivery of the same anchors and cordage, he, the said *Dyer*, as was agreed by the said *Cushing* and *Hearsey*, should deliver the same deed to the said *Hearsey*, but if the said sum and interest should not be paid, but remain due on the said first day of June, then the said *Dyer*, as was agreed by the said *Cushing* and *Hearsey*, should deliver the same deed to the said *Cushing* ; and that the said *Obadiah Hearsey*, at *Abington* aforesaid, in the county aforesaid, on the twenty-sixth day of May now last past, meaning and intending him, the said *Cushing*, to wrong and defraud, as well of the deed aforesaid as of the same sum of money and interest aforesaid, with force and arms, under false pretences and fraudulent management, the same deed, without the knowledge or consent of the said *Cushing*, the same sum and interest then and as yet being due and unpaid, *did* take and carry away from the said *Dyer*, by means whereof the said *Cushing* was wronged and defrauded of the
[ * 139 ]    * said sum and interest, and of his said security for the same ; against the peace and dignity of the commonwealth.

On the second day of the present term, the said *Obadiah Hearsey* was arraigned upon this indictment, and pleaded *guilty*.

On the last day of the term, the Court (*Strong, Sedgwick*, and *Sewall*, justices) said there was no crime charged in the indictment, and directed the clerk to make an entry that the judgment was arrested.    The defendant had no counsel.

*Judgment arrested.*

NOTE.—The *Attorney-General (Sullivan)* said that at the time he drew the indictment, he was of opinion that the facts charged did not amount to an indictable offence, and that he stated *that* as his opinion to the *grand jury;* but that he had drawn the indictment from the importunity of the *grand jury*, who insisted upon having it done